UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY SAMUEL TOTA,

      Plaintiff,

 v.               **ORDER**
                   06-CV-514S
DAVID W. BENTLEY, ET AL.,

      Defendants.


   1.  On October 25, 2006, this Court referred this matter to the Honorable Hugh B. Scott, United States Magistrate Judge, for all pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A).  (Docket No. 7.)

   2.  On August 12, 2008, Judge Scott issued an Order resolving the parties' discovery-related motions.  (Docket No. 130.)  Plaintiff filed Objections to Judge Scott's Order on August 25, 2008.  (Docket No. 134.)

   3.  Pursuant to 28 U.S.C. § 636(b)(1)(A), a magistrate judge may, with certain exceptions, hear and determine any pretrial matter pending before the court.  The magistrate judge's order on such a pretrial matter will be reconsidered by the district judge only when it has been established that it is clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A).  Although it is obvious that Plaintiff disagrees with Judge Scott's Order, Plaintiff has not established that it is clearly erroneous or contrary to law.  Finding

no legal error, this Court will deny Plaintiff's Objections.

IT HEREBY IS ORDERED, that Plaintiff's Objections (Docket No. 134) to Judge Scott's Order (Docket No. 130) are DENIED.

SO ORDERED.

Dated:   September 8, 2008
            Buffalo, New York

<u>/s/William M. Skretny</u>
WILLIAM M. SKRETNY
United States District Judge
